Prob 19
(1/82)

# United States District Court
## for the
## Eastern District of Pennsylvania

U.S.A. vs ELVIN TORO                    Case No. 2:19CR000281-003

TO: [1]Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT<br><br>**Elvin Toro** | SEX<br>M | RACE<br>Hispanic | AGE<br>34 |
| ADDRESS (STREET, CITY, STATE)<br>2423 N. Mutter Street, Philadelphia, PA | | | |
| PROBATION IMPOSED BY (NAME OF COURT)<br>U.S. District Court Eastern District of Pennsylvania | | DATE IMPOSED<br>March 2, 2021 | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>U.S. District Court Eastern District of Pennsylvania | | | |
| CLERK<br>George Wylesol | (BY) DEPUTY CLERK<br>s/ Eric Sobieski | DATE<br>5/21/2025 | |
| RETURN | | | |
| Warrant received and executed<br>6/4/25 | DATE RECEIVED<br>6/4/25 | DATE EXECUTED<br>6/4/25 | |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS 601 Market St. Phila, PA 19106 | | | |
| NAME<br>Poceia | (BY)<br>Kpoceia USMS | DATE<br>6/4/25 | |

[signature]

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the Eastern District of Pennsylvania;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

NOTE: The U.S. Attorney and counsel of record have been notified of the issuance of a warrant.