IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO.: |
| v. | : | |
| | : | 19-CR-000281-HB-3 |
| ELVIN TORO | : | |
| USM #77232-066 | : | |
| FDC – PHILADELPHIA | : | |
| FEDERAL DETENTION CENTER | : | |
| P.O. BOX 562 | : | |
| PHILADELPHIA, PA 19105 | : | |

SECOND NOTICE OF HEARING

Take notice that the Defendant is scheduled for a **Violation of Supervised Release** hearing on **September 25, 2025 9:30 a.m.** before the **Honorable Harvey Bartle III**, in **Courtroom 16A of the United States Courthouse, 601 Market Street, Philadelphia, PA 19106**

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A           interpreter will be required for the defendant.

☒ **This proceeding has been rescheduled from:  August 4, 2025**

For additional information, please contact the undersigned.

By**: Nicole Spicer, Courtroom Deputy to the Hon. Harvey Bartle III**
      **Phone: 267-299-7389**

Date:   June 15, 2025

**CC Via Email:**            Defense Counsel
                  AUSA
                  U.S. Marshal
                  Court Security
                  Probation Office
                  Pretrial Services
                  Interpreter Coordinator